FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE    05 DEC 19 AM 11: 14
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

| | |
|---|---|
| HOLSEY JONES JR., | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| SHELBY COUNTY, et al., | CASE NO: 05-2125 Ml/An |
| Defendants. | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order to Comply with PLRA, Order Assessing Filing Fee, Order of Dismissal, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee, entered December 19, 2005, this case is DISMISSED.

APPROVED:

_/s/ JPM<sup>c</sup>Calla_
JON P. McCALLA
UNITED STATES DISTRICT COURT

_Dec. 19, 2005_
Date

THOMAS M. GOULD
Clerk of Court

_Judy Easley_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12-19-05_

(3)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02125 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Holsey Jones
SHELBY COUNTY CORRECTIONAL FACILITY
68748
1045 Mullins Station Road
Memphis, TN 38134

Honorable Jon McCalla
US DISTRICT COURT